### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FELICITAS ROMONA CORNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-cv-4007 |
| ) | |
| RIVERSIDE TRANSPORTATION, INC. ) | |
| and JAC'LON ENEA MILLER, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF REMOVAL

To: The Honorable Judges for the United States District Court
For the District of Kansas, and

Clerk of the District Court of Republic County, Kansas

COMES NOW defendant Riverside Transportation, Inc., by and through its attorneys of record, Baker Sterchi Cowden & Rice, LLC, of Overland Park, Kansas, and pursuant to 28 U.S.C. §§1441 and 1446, removes this action from the District Court of Republic County, Kansas, to the United States District Court for the District of Kansas.

As grounds for this removal, defendant states the following:

1. This is an action in which the District Courts of the United States have been given original jurisdiction under the provisions of 28 U.S.C. §1332, in that diversity of citizenship exists between plaintiff and defendants, and the amount in controversy, upon information and belief, exceeds the sum of Seventy-Five Thousand Dollars ($75,000) exclusive of interests and costs.

2. On December 17, 2020, Plaintiff Felicitas Romona Cornett filed a Petition in the District Court of Republic County, Kansas, captioned *Felicitas Romona Cornett v Riverside*

*Transportation Inc. and Jac'lon Enea Miller*, Case No. 2020-CV-000016 (the "State Court Action").

3. Riverside Transportation, Inc. was served in the State Court Action on January 5, 2021. This Notice is filed within 30 days after service upon the defendant.

4. Upon information and belief, Jac'lon Enea Miller has not been served with process in the State Court Action.

5. Thirty (30) days have not expired since any defendant received copies of the initial pleading setting forth plaintiff's claims for relief as the defendant Riverside Transportation was served on January 5, 2021, and defendant Jac'lon Enea Miller has not been served.

6. Based on the Petition filed by plaintiff, defendant reasonably believes and states that plaintiff is now, and was at the time of the commencement of this action, a resident and citizen of the State of Kansas. See Petition, Exhibit A.¶ 1.

7. Defendant Riverside Transportation, Inc. is now and was at the time of the commencement of this action, a corporation incorporated in the state of Indiana with its principal place of business in Rockport, Indiana.

8. Defendant Jac'lon Enea Miller is now and was at the time of the commencement of this action, a citizen and resident of the state of Texas.

9. The amount in controversy regarding plaintiff's claims for damages is specifically pled in plaintiff's Petition as being an amount in excess of $75,000.00. Therefore, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied. See Petition, Exhibit A, p. 3.

10. The United States District Court for the District of Kansas is the appropriate court for filing a Notice of Removal from the District Court of Republic County, Kansas, where the

action is pending. Accordingly, defendant seeks to remove this action to the United States District Court for the District of Kansas.

11. Pursuant to 28 U.S.C. §1446(a), copies of all pleadings, process and orders served upon this defendant in this action are attached hereto and marked as Exhibit A.

12. Pursuant to 28 U.S.C. §1446(d), defendant has served a copy of this Notice of Removal upon all adverse parties contemporaneously with the filing of this Notice of Removal.

13. Pursuant to 28 U.S.C. §1446(d), defendant has served a copy of this Notice of Removal on the Clerk of the District Court of Republic County, Kansas.

14. Pursuant to U.S.C. §1411(a), defendant Riverside Transportation hereby demands a trial by jury on all issues so triable.

WHEREFORE, defendant Riverside Transportation, Inc. removes this action from the District Court of Republic County, Kansas, to the United States District Court for the District of Kansas.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

/s/ John A. Watt
| Shawn M. Rogers | KS #18888 |
| John A. Watt | KS #20175 |

9393 West 110th St., Suite 500
Overland Park, Kansas 66211
Telephone:   (913) 451-6752
Facsimile:   (816) 472-0288
rogers@bscr-law.com
watt@bscr-law.com
**ATTORNEYS FOR DEFENDANT RIVERSIDE TRANSPORTATION, INC.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing was served electronically and/or by U.S. Mail this 1st day of February, 2021, to the following counsel of record:

Barry A. Clark
Clark & Platt, Chtd.
417 Poyntz Ave.
Manhattan, KS 66502
ATTORNEYS FOR PLAINTIFF

                 /s/ John A. Watt